

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

April 13, 2006

**FILED**

MAY - 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) ) | |
| vs | ) | Case # 03-10060 |
| TIMOTHY LEE MILLER<br>Defendant | ) ) ) ) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, document #68-psychiatric evaluation of Timothy Lee Miller. No appeal has been filed and the time for appeal has commenced. IT IS THEREFORE ORDERED that the Clerk of the Court is directed to DESTROY/SHRED document #68.

Date: 5/3/06

s/MICHAEL M. MIHM
US District Judge Michael M. Mihm

Date: 5/3/6         s/H. Kallister